**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RICH A. BRANDES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:16-cv-05285 |
| v. | ) | |
| | ) | Judge:  Jorge L. Alonso |
| TED UCHIEK, et al. | ) | |
| | ) | Magistrate Judge:  Susan E. Cox |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |
| | ) | |

### FIRST AMENDED COMPLAINT

The Plaintiff, RICH A. BRANDES, by his attorney, THE LAW OFFICE OF THOMAS

R. BURNEY, LLC, complains of the Defendants, TED UCHIEK, WILLIAM KINVILLE,

MARK C. CURRA, DOCTOR MIZZUNO, ARMOR CORRECTIONAL HEALTH SERVICES,

INC. and COUNTY OF LAKE, IL as follows:

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff, Rich A. Brandes

hereby files this First Amended Complaint and alleges as follows:

### INTRODUCTION

This is an action for damages pursuant to 42 U.S.C. § 1983 and the Eighth Amendment of

the United States Constitution stemming from Defendants' failure to provide Plaintiff with

adequate medical treatment for a serious medical condition – namely failure to treat quarter-size

lumps in both feet that were very painful and made it difficult to stand. The condition was later

diagnosed as Plantar fibromatosis.  The difficulty standing caused him to experience severe pain

in his knees and hips as well. His requests to see a doctor were at first ignored. Prescriptions for running shoes as well as prescriptions for pain medication or antibiotics and his requests for a bottom bunk, given the pain in his feet, too were denied. Due to the condition of his feet, he fell once when jumping down from the top bunk, and he cracked his tooth. The prolonged denial in treatment for the condition of his feet eventually required him to have surgery on his left foot. Plaintiff now needs surgery on his right foot. As a result of Defendants' actions and omissions, Plaintiff may have suffered permanent physical injuries as well as emotional distress. Plaintiff seeks monetary damages to compensate him for these injuries.

## THE PARTIES

1. Plaintiff, RICH A. BRANDES, is an inmate, resides in and is domiciled within IDOC – Southwestern Correctional Center, P.O. Box 129, East St. Louis, Illinois. Between approximately January 13, 2016 and July 2016 he was housed at the Lake County Correctional Facility.

2. The Defendant, COUNTY OF LAKE, IL maintains an adult correctional facility for the housing of inmates.

3. On information and belief, Mark C. Curran is the Sheriff of Lake County and in such position has direct supervisory responsibility for the care of inmates in custody at the Lake County Adult Correctional Center.

4. On information and belief Defendant, TED UCHIEK ("UCHIEK"), was a Deputy Chief Officer employed at the Lake County Adult Correctional Facility between approximately January 13, 2016 and July 2016.

5. On information and belief, Defendant, WILLIAM KINVILLE ("KINVILLE"), was a Deputy Chief Officer employed at the Lake County Adult Correctional Facility between approximately January 13, 2016 and July 2016.

6. On information and belief, Defendant, DOCTOR MIZZUNO ("MIZZUNO"), was a Doctor employed at the Lake County Adult Correctional Facility.

2

7. On information and belief, Defendant, ARMOR CORRECTIONAL HEALTH SERVICES, INC, is an independent healthcare provider contracted with Lake County Adult Correctional Facility. ("Armor") Defendant Lake County has contracted with Armor to provide comprehensive correctional healthcare services including medical, dental and behavioral health.

## JURISDICTION AND VENUE

8. Venue is proper in this Court as the acts or omissions giving rise to Plaintiff's claims occurred within this judicial district.

## COUNT I

9. At all times relevant to this action, Plaintiff was in the custody of the Defendant, the County of Lake. During all relevant times Plaintiff was incapable of caring for himself.

10. Defendants within the meaning of the Fourteenth Amendment are held to provide decent care and protection of Plaintiff during the time Plaintiff was in Defendants' custody.

11. Plaintiff was incarcerated at the Lake County Adult Correctional Facility in the custody of and under the care of the Defendants from approximately January 13, 2016 thru July 26, 2016 a period of approximately 6 months.

12. During the course of his incarceration, Plaintiff filed fourteen (14) Healthcare Service Requests and five (5) Inmate Grievances inmate grievances over a two-month + period prior to receiving the necessary surgery on his foot.

13. Plaintiff filed his initial Health Care Service Request on February 12, 2016 in which he complained of bumps on his feet which caused him to suffer foot and back pain.

14. On February 16, 2016 he requested in a Health Care Service Request a renewal of the medicine for the pain that he was suffering and requested the shoes the doctor had prescribed him for his condition.

15. On February 19, 2016 he reported in a Health Care Service Request a third bump growing on his foot and reported continued pain in his knees and feet.

3

16. On February 22, 2016 he filed three Health Care Service Requests once again inquiring: on when he would receive the running shoes the doctor had prescribed; on when his hips would be x-rayed; and once again requesting medication for his pain.

17. After the third request for the running shoes that the doctor prescribed he received them and reported in Health Care Service Request that the shoes do not help ease his pain and that the bumps need to be removed and described the painful condition as akin to walking on marbles.

18. On February 23, 2016 he filed two more Health Care Service Requests describing the worsening condition of the bumps and the increased pain in his knees and hips and the back pain he was experiencing. He requested stronger medication than ibuprofen for the pain he was experiencing.

19. Nearly a week later on February 28 and 29, 2016 in two separate Health Care Service Requests he once again described the severe pain he was experiencing in his feet, his knees and his hip and explained that the shoes he was prescribed are not easing the severe pain he is experiencing.

20. The next week on March 5, 2016 in a Health Care Service Request he once again described the severe pain he was experiencing in his feet, his knees and his hip.

21. On March 5, 2016 he filed the first of five Inmate Grievances concerning the Defendants' indifference in its treatment of his serious medical conditions. In that Grievance he described: the severe pain he was experiencing; the numerous requests for assistance that he made in the form of Healthcare Request Forms; his visit with the nurse practitioner who conducted x-rays and diagnosed his condition as Plantar Fasciitis. He described the difficulty in getting in and out of the top bunk due to the severe pain in his feet. He requested that he be given a lower bunk. He requested an appointment with the doctor, an assignment to a lower bunk and a different pair of shoes.

22. The next week on March 9 2016 in a Health Care Service Request he described the fall he had taken resulting in chipping his tooth when attempting to get down from the top bunk in his cell.

23. On March 30, 2016 he filed his second Inmate Grievance. In that he detailed that he had been sent to a foot and ankle specialist the week before more than six weeks after he had initially brought his condition to the Defendants' attention. At that doctor visit Plaintiff

4

was told he needed surgery and warned of permanent damage to his knees and hips without surgery. He explained that he had not received shoes to address his condition and not received the treatment the doctor had prescribed.

24. Two weeks later on April 16, 2016 in a Health Care Service Request he indicated that he was told that Defendants would only prescribe him ibuprofen for his pain.

25. The next week on April 20, 2016 in a Health Care Service Request he indicated that he continued to experience excruciating pain, that he is having difficulty navigating stairs and getting out of bed. He requested stronger pain medication.

26. On April 23, 2016 in a Health Care Service Request he reported that he had been operated on and that he was suffering severe pain. He requested stronger medication and antibiotics.

27. On April 26, 2016 he filed his third Inmate Grievance describing the indifferent treatment he had received in connection with the sores on his feet, the pain in his feet, hips and back and the failure to provide him with shoes suitable for his condition and suitable pain killer and antibiotics. He also identified the Defendants failure to change the dressings on his foot which was operated on and to prescribe him antibiotics.

28. On May 19, 2016 he filed his fourth Inmate Grievance describing Defendants refusal to allow him to use his wheelchair any longer, Defendants insistence that he walk on his own and the resulting swelling in his feet and the resulting pain. He described the Defendants continued failure to supply him with appropriate shoes and the resulting pain.

29. On June 13, 2016 he filed his fifth Inmate Grievance and on July 10, 2016 he filed a Healthcare Service Request describing Defendants refusal to follow the doctor's orders with respect to a prescription for appropriate shoes and the resulting pain he has experienced.

30. A copy of the Health Care Service Requests are attached as Group Exhibit A.

31. A copy of the Inmate Grievances are attached as Group Exhibit B.

32. Plaintiff had an objectively serious medical condition and the Defendants have evidenced by virtue of their conduct a deliberate indifference to Plaintiffs medical condition and its treatment of the same to wit:

    A. Defendants failed to schedule Plaintiff to see a nurse to examine and to diagnose his condition until ten days after his initial complaint.

5

B. Defendants failed to schedule Plaintiff to see a doctor to examine and to diagnose his condition until forty days after his initial complaint and over a month after the nurse's initial diagnosis.

C. Defendants failed to schedule Plaintiff for surgery on his foot until seventy days after his initial complaint, over two months after the nurse's initial diagnosis and one month after the doctor's examination and prescription for surgery.

D. During this seventy day period Plaintiff experienced severe pain in his feet and in his knees, hips and back as a result of compensating for his injured foot.

E. Defendants caused Plaintiff to experience unnecessary pain and suffering by refusing to provide him with adequate shoes and with the proper pain medication.

F. After the surgery, Defendants refused to permit Plaintiff to continue to use a wheelchair less than a month after the surgery. In addition, Defendants refused to provide Plaintiff with appropriate pain medicine including antibiotics and refused to timely replace Plaintiff's dressings. In addition, Defendants continued to provide Plaintiff with appropriate shoes. All of the above caused Plaintiff to experience unnecessary continued pain and suffering.

## COUNT II

### (Deliberate Indifference – Eighth Amendment)

*(By Plaintiff against all Defendants in their Official Capacities)*

33. Plaintiff restates and realleges Paragraphs 1 through 32 of the Complaint as if fully set forth herein.

34. Plaintiff's Plantar Fasciitis was an objectively serious medical condition because it was diagnosed by physicians as mandating treatment. Further, Plaintiff's Plantar Fasciitis is so obvious that even a lay person would perceive the need for a doctor's attention.

35. As described in greater detail above, Defendants were responsible for providing treatment to Plaintiff in connection with his Plantar Fasciitis.

36. Defendants were deliberately indifferent to Plaintiff's Plantar Fasciatis in that they knew of a substantial risk of harm to Plaintiff, but disregarded that risk.

37. As a result of Defendants' deliberate indifference to Plaintiff's objectively serious medical condition, Plaintiff has suffered physical and emotional harm.

**WHEREFORE**, Plaintiff prays for judgment as follows:

(a) Damages in an amount to be determined at trial;

(b) A judgment awarding Plaintiff his costs, disbursements, pre- and post-judgment interests, and attorneys' fees; and

(c) Such other and further relief as the Court deems just and proper.

THE LAW OFFICE OF THOMAS R. BURNEY, LLC

Attorney for Richard A. Brandes

By: _____

Thomas R. Burney, ARDC #0348694
THE LAW OFFICE OF THOMAS R. BURNEY, LLC
40 Brink Street
Crystal Lake, IL 60014
(815) 459-8800
tburney@zcwlaw.com

**Group Exhibit A**
**Health Care Services Request Forms**

JB copy

2-12-16

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

## HEALTH CARE SERVICES REQUEST FORM

INMATE'S NAME: Rich Brandis                    DATE 2/12/16

# 150-110                                       PODICELL 6 N W

PRESENTING COMPLAINT: Bumps on the bottom of
my feet causing Cal'l & back pain
Also constant ear ache

### SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF

### SERVICES

☐  DOCTOR VISIT (NON-EMERGENCY)          $10.00
☐  NURSE CALL (NON-EMERGENCY)            $10.00
☐  DENTIST VISIT (NON-EMERGENCY)         $10.00
☐  MENTAL HEALTH PROFESSIONAL            N/C

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES
WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF, AND A
NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED,
THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY
RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE,
WITH FUNDS ON MY ACCOUNT, A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATE'S SIGNATURE:                          DATE  1-1-1

NURSING STAFF SIGNATURE:                      DATE 2-11-16

ACCOUNT OFFICER                               DATE



# LAKE COUNTY ADULT CORRECTIONAL DIVISION

# HEALTH CARE SERVICES REQUEST FORM

INMATES NAME: _Rick Brandas_   DATE: _2/16/16_

I.D. # _255701_   PODCELL # _546/733_

PRESENTING COMPLAINT: _Dental is signed. Also I_
_still have not received pills that the_
_nurse informed I was_

### SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF

## SERVICES

☐ DOCTOR VISIT (NON-EMERGENCY)    $10.00
☐ NURSE CALL (NON-EMERGENCY)    $10.00
☐ DENTIST VISIT (NON-EMERGENCY)    $10.00
☐ MENTAL HEALTH PROFESSIONAL    N/C

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE WITH FUNDS ON MY ACCOUNT A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATES SIGNATURE _____  DATE _2/16/16_

NURSING STAFF SIGNATURE _____  DATE _2/16/16_

ACCOUNT OFFICER _____  DATE _____

ORIGINAL - WHITE   YELLOW - ACCOUNT CLERK   PINK - INMATE DEBT CLERK

_Copy_

_2-16-16_

JB copy

2-19-16

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

## HEALTH CARE SERVICES REQUEST FORM

INMATES NAME: Rich Brandes  DATE: 2/19/16

ID #: 155671  POD/CELL: 19A

PRESENTING COMPLAINT: I have a 3rd bump growing on my feet now my knees are in pain & how my hips I had a bottom bunk before I fell it is very hard to climb

*SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF*

### SERVICES

- ☐ DOCTOR VISIT (NON-EMERGENCY)  $10.00
- ☐ NURSE CALL (NON-EMERGENCY)  $10.00
- ☐ DENTIST VISIT (NON-EMERGENCY)  $10.00
- ☐ MENTAL HEALTH PROFESSIONAL  N/C

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF, AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE WITH FUNDS ON MY ACCOUNT, A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATES SIGNATURE:   DATE 2/19/16

NURSING STAFF SIGNATURE:   DATE

ACCOUNT OFFICER:   DATE

JB copy

2-22-16

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

## HEALTH CARE SERVICES REQUEST FORM

INMATE'S NAME: Rich Brandez _____ DATE 2/22/16

ID: 155101 _____ POD/CELL 3-S / 33

PRESENTING COMPLAINT: I was perscribed Running
shies by the doctor when can I
get them as.

_____ SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF _____

### SERVICES

☐ DOCTOR VISIT (NON-EMERGENCY) .......... $10.00
☐ NURSE CALL (NON-EMERGENCY) .......... $10.00
☐ DENTIST VISIT (NON-EMERGENCY) .......... $10.00
☐ MENTAL HEALTH PROFESSIONAL .......... N/C

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES
WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF, AND A
NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED
THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY
RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE
WITH FUNDS ON MY ACCOUNT, A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATE'S SIGNATURE _____ DATE _____

NURSING STAFF SIGNATURE _____ DATE _____

ACCOUNT OFFICER _____ DATE _____

JB copy
2-22-16

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

## HEALTH CARE SERVICES REQUEST FORM

INMATES NAME: Rick Brandes _____ DATE 2/22/16

I.D. #155161 _____ POD/CELL S SE/33

PRESENTING COMPLAINT: I was at the doctor
1/5/16 to send my hips needed to be
V-Rayed. Therapy in pain because
nothing did

_____ SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF _____

### SERVICES

☐ DOCTOR VISIT (NON-EMERGENCY)     $10.00
☐ NURSE CALL (NON-EMERGENCY)       $10.00
☐ DENTIST VISIT (NON-EMERGENCY)    $10.00
☐ MENTAL HEALTH PROFESSIONAL       N/C

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES
WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF AND A
NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED
THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY
RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE
WITH FUNDS ON MY ACCOUNT A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATES SIGNATURE: _____ DATE 2/22/16

NURSING STAFF SIGNATURE: _____ DATE 3/_/16

ACCOUNT OFFICER: _____ DATE _____

JBCopy

2-22-16

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

## HEALTH CARE SERVICES REQUEST FORM

INMATES NAME: _Rich Brandes_    DATE: _2/22/16_

ID: _ISSTON72_    POD/CELL: _3-57-53_

PRESENTING COMPLAINT: _I have such numerous
attacks now presently. My loss of
sensored on my muscle?_

**SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF**

### SERVICES

☐ DOCTOR VISIT (NON-EMERGENCY)    $10.00
☐ NURSE CALL (NON-EMERGENCY)    $10.00
☐ DENTIST VISIT (NON-EMERGENCY)    $10.00
☑ MENTAL HEALTH PROFESSIONAL    N/C

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES
WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF AND A
NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED
THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY
RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE
WITH FUNDS ON MY ACCOUNT, A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATES SIGNATURE: _____    DATE: _2/22/16_

NURSING STAFF SIGNATURE: _T. Wooten_    DATE: _2/22/16_

ACCOUNT OFFICER: _____    DATE: _____

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

## HEALTH CARE SERVICES REQUEST FORM

INMATE'S NAME _Kim Brandes_    DATE _2/12/16_

14 _153__ 71      POD/CELL _14A_

PRESENTING COMPLAINT _The new ___ shoes Dont help._
_I am in pain. Feet chest hip + back_
_These bumps need to be removed It's_
_like walking on marbles_

---

*SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF*

## SERVICES

☐    DOCTOR VISIT (NON-EMERGENCY)     $10.00
☐    NURSE CALL (NON-EMERGENCY)     $10.00
☐    DENTIST VISIT (NON-EMERGENCY)     $10.00
☐    MENTAL HEALTH PROFESSIONAL     N/C

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE, WITH FUNDS ON MY ACCOUNT A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATE'S SIGNATURE _____ DATE _____

NURSING STAFF SIGNATURE _____ DATE _____

ACCOUNT OFFICER _____ DATE _____

YELLOW: ACCOUNT CLERK     PINK: INMATE (after service)

*Js*
*copy*

*2-22-16*

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

## HEALTH CARE SERVICES REQUEST FORM

INMATES NAME: _Bill Brandes_ DATE _2/23/16_

L# _155710_ PODICELL _12 L.A_

PRESENTING COMPLAINT: _The bumps on my feet are getting bigger + more painful. my knee, hips, + back are killing me also I had an xray last week. I need something for pain. Tapofin don't help_

### SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF

## SERVICES

| | | |
|---|---|---|
| ☑ | DOCTOR VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | NURSE CALL (NON-EMERGENCY) | $10.00 |
| ☑ | DENTIST VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | MENTAL HEALTH PROFESSIONAL | N/C |

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE, WITH FUNDS ON MY ACCOUNT, A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATES SIGNATURE _____ DATE _____

NURSING STAFF SIGNATURE _____ DATE _____

ACCOUNT OFFICER _____ DATE _____

ORIGINAL: MEDICAL    YELLOW: ACCOUNT CLERK    PINK: INMATE (AFTER SERVICE)
RECEPTION CLERK

_NB copy_
_2-23-16_

JOS copy

2-23-16

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

## HEALTH CARE SERVICES REQUEST FORM

INMATE'S NAME: Rich Brandon          DATE: 2/23/16

ID: _____          POD/CELL: A SM?

PRESENTING COMPLAINT: I'm in pain knees
back & hips from my feet
I put in 2 request this week
No Response ?

---

**SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF**

### SERVICES

- ☑ DOCTOR VISIT (NON-EMERGENCY)          $10.00
- ☐ NURSE CALL (NON-EMERGENCY)          $10.00
- ☐ DENTIST VISIT (NON-EMERGENCY)          $10.00
- ☐ MENTAL HEALTH PROFESSIONAL          N/C

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE WITH FUNDS ON MY ACCOUNT, A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATE SIGNATURE: _____          DATE: _____

NURSING STAFF SIGNATURE: _____          DATE: _____

ACCOUNT OFFICER: _____          DATE: _____

THIS IS A SERIOUS problem. NOT a Duplicate

Copy
2-28-16

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

## HEALTH CARE SERVICES REQUEST FORM

INMATES NAME: Rich Brandes     DATE 2/28/16

# 155761     POD/CELL: 6 NW-4A

PRESENTING COMPLAINT: My feet are killing me! My knees are killing me. My hip feels like its going to dislocate. These things on my feet are not getting better, only worse.

### SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF

#### SERVICES

- ☑ DOCTOR VISIT (NON-EMERGENCY)    $10.00
- ☐ NURSE CALL (NON-EMERGENCY)    $10.00
- ☐ DENTIST VISIT (NON-EMERGENCY)    $10.00
- ☐ MENTAL HEALTH PROFESSIONAL    NC

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE WITH FUNDS ON MY ACCOUNT, A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATES SIGNATURE: _____    DATE 2/28/16

NURSING STAFF SIGNATURE: _____    DATE _____

ACCOUNT OFFICER _____    DATE _____

ORIGINAL: MEDICAL          YELLOW: ACCOUNT CLERK          PINK: INMATE (after service)
FORM/FM 11/05

His copy

2 - 29 - 16

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

## HEALTH CARE SERVICES REQUEST FORM

INMATES NAME _Rich Brandes_ DATE _2/29/16_

I.# _155761_ POD/CELL _11/A - 7A_

PRESENTING COMPLAINT _I have a ceanne or rash_
_on my feet. I'm trouble_
_from the shoes. Do not help at_
_all._

---

*SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF*

### SERVICES

| | | |
|---|---|---|
| ☐ | DOCTOR VISIT (NON-EMERGENCY) | $10.00 |
| ☑ | NURSE CALL (NON-EMERGENCY) | $10.00 |
| ☐ | DENTIST VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | MENTAL HEALTH PROFESSIONAL | N/C |

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE, WITH FUNDS ON MY ACCOUNT, A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATES SIGNATURE _____ DATE _2/29/16_

NURSING STAFF SIGNATURE _____ DATE _____

ACCOUNT OFFICER _____ DATE _____

ORIGINAL - MEDICAL        YELLOW - ACCOUNT CLERK        PINK - INMATE (after services)
REDIFORM 11/05

1

*1st copy*

3-5-16

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

## HEALTH CARE SERVICES REQUEST FORM

INMATES NAME: Rick Brandus          DATE 3/5/16

ID# 155769          POD/CELL: 6 MU-4A

PRESENTING COMPLAINT: Swelling in my feet also
blisters, I get pain in my testikuls
and like my skin sexual pain

*SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF.*

### SERVICES

☐ DOCTOR VISIT (NON-EMERGENCY)          $10.00
☑ NURSE CALL (NON-EMERGENCY)           $10.00
☐ DENTIST VISIT (NON-EMERGENCY)        $10.00
☐ MENTAL HEALTH PROFESSIONAL           N/C

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE, WITH FUNDS ON MY ACCOUNT A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATES SIGNATURE:          DATE 3/5/16

NURSING STAFF SIGNATURE:          DATE 3/7/16

ACCOUNT OFFICER:          DATE

ORIGINAL-MEDICAL          YELLOW-ACCOUNT CLERK          PINK-INMATE (KEEP COPY)

1

J's Copy

3-9-16

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

# HEALTH CARE SERVICES REQUEST FORM

INMATES NAME _Rich Brandes_ DATE _3/9/16_

I. # _155761_ POD/CELL _356 B3A_

PRESENTING COMPLAINT _Last week I took_
_a pill coming off my bed. I_
_think I may have chipped a_
_back tooth._

*SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF*

## SERVICES

| | | |
|---|---|---|
| ☐ | DOCTOR VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | NURSE CALL (NON-EMERGENCY) | $10.00 |
| ☑ | DENTIST VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | MENTAL HEALTH PROFESSIONAL | N/C |

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF, AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE, WITH FUNDS ON MY ACCOUNT, A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATES SIGNATURE _____ DATE _3/9/16_

NURSING STAFF SIGNATURE _____ DATE _3/9/16_

ACCOUNT OFFICER _____ DATE _____

ORIGINAL: MEDICAL        YELLOW: ACCOUNT CLERK        PINK: INMATE (SEE SERVICES)

HEDREQ/H 11/05

1

JB cap'y
4-16-16

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

# HEALTH CARE SERVICES REQUEST FORM

INMATES NAME: _Rich Brandse_    DATE: _4/16/16_

_PASS 76L_      POD/CELL: _35F/32_

PRESENTING COMPLAINT: _____

## SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF

## SERVICES

| | | |
|---|---|---|
| ☐ | DOCTOR VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | NURSE CALL (NON-EMERGENCY) | $10.00 |
| ☐ | DENTIST VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | MENTAL HEALTH PROFESSIONAL | N/C |

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE WITH FUNDS ON MY ACCOUNT A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATES SIGNATURE: _____ DATE: _4/16/16_

NURSING STAFF SIGNATURE: _____ DATE: _____

ACCOUNT OFFICER: _____ DATE: _____

JB copy
4-16-16

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

## HEALTH CARE SERVICES REQUEST FORM

INMATES NAME: _Rich BRANDES_   DATE: _4/14/16_

# _155761_   PODICELL _35E/33_

PRESENTING COMPLAINT _I was told I had_
_to request to Diagnostic on my_
_foster felt condition_

_SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF_

### SERVICES

| | | |
|---|---|---|
| ☑ | DOCTOR VISIT (NON-EMERGENCY) | $10.00 |
| ☑ | NURSE CALL (NON-EMERGENCY) | $10.00 |
| ☐ | DENTIST VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | MENTAL HEALTH PROFESSIONAL | N/C |

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF, AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE, WITH FUNDS ON MY ACCOUNT, A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATES SIGNATURE: _____   DATE _4/14/16_

NURSING STAFF SIGNATURE: _____   DATE _4-17-16_

ACCOUNT OFFICER _____   DATE _____

ORIGINAL: MEDICAL          YELLOW: ACCOUNT CLERK          PINK: INMATE (after services)
REDRED??: CLERK

1

JB
COPY
4-20-16

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

# HEALTH CARE SERVICES REQUEST FORM

INMATES NAME: Rich Brandes DATE: 4/20/16

ID #: _____ POD/CELL: _____ E33

PRESENTING COMPLAINT: _____
_____
_____
_____
_____

*SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF*

## SERVICES

| | | |
|---|---|---|
| ☒ | DOCTOR VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | NURSE CALL (NON-EMERGENCY) | $10.00 |
| ☐ | DENTIST VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | MENTAL HEALTH PROFESSIONAL | N/C |

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF, AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE, WITH FUNDS ON MY ACCOUNT, A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATES SIGNATURE: _____ DATE: 4/20/16

NURSING STAFF SIGNATURE: _____ DATE: _____

ACCOUNT OFFICER _____ DATE: _____

JB copy
4-23-16

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

# HEALTH CARE SERVICES REQUEST FORM

INMATE'S NAME: _Rick Brands_    DATE: _4/23/16_

ID #: _155761_    LODGED: _M-1_

PRESENTING COMPLAINT: _Came in this morning in severe pain in both my ears again today my ear hurts so bad I'm not in here for a toothache I need something more strong AND ANTIBIOTICS_

### SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF

## SERVICES

☒ DOCTOR VISIT (NON-EMERGENCY)    $10.00
☒ NURSE CALL (NON-EMERGENCY)    $10.00
☐ DENTIST VISIT (NON-EMERGENCY)    $10.00
☐ MENTAL HEALTH PROFESSIONAL    N/C

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATE'S ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE WITH FUNDS ON MY ACCOUNT, A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATE'S SIGNATURE: _____ DATE: _4/23/16_

NURSING STAFF SIGNATURE: _____ DATE: _4/26/16_

ACCOUNT OFFICER: _____ DATE: _____

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

## HEALTH CARE SERVICES REQUEST FORM

INMATES NAME _Richard Sanders_ DATE _7/10/16_

I.# _155161_ POD/CELL _5N/#41_

PRESENTING COMPLAINT _supposed to have tennis shoes so my feet don't become damaged. I'm still waiting on them & my feet are in extreme pain_

---

### SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF

---

### SERVICES

| | | |
|---|---|---|
| ☐ | DOCTOR VISIT (NON-EMERGENCY) | $10.00 |
| ☒ | NURSE CALL (NON-EMERGENCY) | $10.00 |
| ☐ | DENTIST VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | MENTAL HEALTH PROFESSIONAL | N/C |

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE WITH FUNDS ON MY ACCOUNT A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATES SIGNATURE _____ DATE _7/10/16_

NURSING STAFF SIGNATURE _____ DATE _7/10/16_

ACCOUNT OFFICER _____ DATE _____

ORIGINAL: MEDICAL        YELLOW: ACCOUNT CLERK        PINK: INMATE (after services)
REDISED/M 11/06

**<u>Group Exhibit B</u>**
**Inmate Grievance Forms**

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

Check one (see back for instructions)

☐ Disciplinary Appeal (a copy of disciplinary findings must be attached)
☒ Grievance
☐ Grievance Appeal (a copy of initial grievance response must be attached)

Grievance # 16G058

OFFICE USE ONLY
DO NOT WRITE IN THIS BOX

3SE 33

Date: 3·5·16

Your Name: Richard Brandes "L" Number: 155761 Housing Unit / Cell#: 1 or 4 HA

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: RB

Describe your concern: (You are limited to the front of this form only)

I was brought to the Lake County Jail on January 13, 2016. Within a couple weeks my feet became sore. While massaging the bottom of my feet I noticed some bumps on both feet. On 2·12·16 I sent in a Healthcare Request form complaining of this problem. On 2·19·16 I saw the nurse practitioner and she did X-Rays. She diagnosed me with Plantar Fasciatis and prescribed me Ibuprofen and gave me some shoes. This remedy has not helped and my feet have gotten worse. Since I have to walk a different way to alleviate the pain in my feet my back, knees, and hips are hurting and it has become increasingly difficult to climb up and down from the top bunk. I have sent in Healthcare Requests on 2·19·16 after my X-Ray and also on 2·23·16, 2·27·16, and 2·29·16 complaining of this ongoing problem with the lumps in my feet, the pain I now have in my back, knees, and hips because of my feet, and how increasingly difficult it is getting up and down the bunk. I still have not seen the Doctor regarding this problem. This problem is not getting better, the shoes I was given actually hurt my feet more, and I am worried that I might get injured going up and down from my bunk.

Resolution Sought: (do not leave blank)

To see the Doctor as soon as possible; to get a bottom bunk detail; to get a different pair of shoes.

Inmate Signature: _____ Received by: VARGAS Date / Time Received: 3-5-16
10/10 1833

White – Grievance Coordinator     Yellow – Inmate     Rev: 11/07

rec'd 3/6/16 PDS

RECEIVED
Medical

## Lake County Sheriff's Adult Correctional Division
### Inmate Grievance

Check one (see back for instructions)

☐ Disciplinary Appeal (a copy of disciplinary findings must be attached)
☑ Grievance
☐ Grievance Appeal (a copy of initial grievance response must be attached)

Grievance #: 11.6464

OFFICE USE ONLY
DO NOT WRITE IN THIS BOX

Date: 8/30/16

Your Name: Rich Brandes    "L" Number: 155761    Housing Unit / Cell #: 3SE/33

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: R.B.

Describe your concern: (You are limited to the front of this form only)

Last week I was sent to a foot and ankle specialist. I was sent there because of an ongoing issue with my feet. That doctor said that my feet need surgery and that he was worried that my knees and hips might get permanently damaged if I don't receive the surgery, so he prescribed regular shoes for me. I have not received the shoes. I have been in severe pain for months. I have not received the treatment as recommended by a foot and ankle specialist.

Resolution Sought: (do not leave blank)

To get the shoes that I have been prescribed.

Inmate Signature: _____    Received by: _____    Date / Time Received: 3-30-16  1750

White – Grievance Coordinator        Yellow – Inmate                    Rev: 11/07

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

Check one (see back for instructions)

☐ Disciplinary Appeal (a copy of disciplinary findings **must** be attached)

☒ Grievance

☐ Grievance Appeal (a copy of initial grievance response **must** be attached)



Grievance #: 166527

OFFICE USE ONLY
DO NOT WRITE IN THIS BOX

Date: 04-26-2016

Your Name: RICH A. BRANDES  "L" Number: 155761  Housing Unit / Cell#: MED - 11

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: RB

**THIS IS ONE CONCERN JUST**
Describe your concern: (You are limited to the front of this form only) EXPLAINED DEEP DETAILS.

04-24-2016, I WAS TOLD THAT I WAS NOT ON PROTO-CALL TO HAVE MY DRESSINGS CHANGED FOR MY FOOT THAT JUST HAD SURGURY DONE AND IS NOW AT RISK OF A FOOT INFECTION DUE TO IT NOT BEING CHANGED AND CLENSED AT LEAST 1 TIME A DAY. I COMPLAINED MANY TIMES OF THIS ARISING ACT NOW IM EXSTREAMY IRRITABLE AND WORRIED ABOUT A POSSIBLE INFECTION OCCURING.

I HAVE NEVER EXPERIENCED THESE HURT-FUL SYMPTOMS THAT IM HAVING, I HAVE NOT BEEN PLACED ON ANY ANTI-BIOTICS TO HELP PREVENT THE CHANCES OF AN INFECTION NOR ANY PAIN MEDICATIONS, IM FORCED TO PUT UP WITH THIS PAIN BECAUSE NOON OF MY NURSE REQUEST SLIPS ARE BEING RETURNED OR EVEN ANSWERED TO BE TAKEN INTO CONSIDERATION.

* SUPPORT FOR CAUSE AND EFFECT - WHEN I MADE IT TO LAKE COUNTY JAIL I SUDDENLY CAUGHT THESE FOOT SYMPTOMS (LUMPS) I TOLD NURSE AND OFFICERS CONSTANTLY BUT WAS IGNORED, THEN I WAS TOLD THAT THEY WERE GOING TO BRING ME SHOES BUT NEVER DID. SO, I THEN CAUGHT THE FOOT INFECTION COMPLEATLY. I TOLD CLASSIFACATION I CAN NOT BE ON THE TOP BUT MANY TIMES, BUT I WAS OBENIOUSLY BLOWN OFF A FEW WEEKS LATER AS I WAS GETTING OFTHE BUNK-BED I HAD FALLEN DOWN AND CRACKED MY TOOTH, AND HAD TO SEE THE DENTIST. SO, 04-27-2016 I HAD FOOT SURGURY FOR "PLANTAR FIBROMAS". AND TILL THIS DAY NOBODY HAS CONSIDERED TO GET THE SHOES FOR ME, NEITHER GIVE ME PAIN MEDICATION AND NOW I HAVE TO HAVE SURGUREY ON MY OTHER FOOT FOR THIS CAUSE.

HAD I BEEN TAKEN SERIOUS THE FIRST TIME, I WONT BE DEALING WITH THIS PAIN. THIS IS NOT ACCEPTABLE.

Resolution Sought: (do not leave blank)

ADVISE THE NURSE TO GIVE ME PAIN MEDICATION I CANT EVEN SLEEP ALSO TELL THEM TO GET ME SHOES SO I CAN WHERE AT LEAST ONE SHOE UNTIL SURGURY. ADVISE CLASSIFACATION TO RECORD TOP BUNK RESTRICTIONS.

Inmate Signature: Rich A. Brandes  Received by: [signature]  Date / Time Received: 4/26/16

183 hrs.

White – Grievance Coordinator  Yellow – Inmate  Rev: 11/07

## Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

Check one (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings must be attached)
☒ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response must be attached)

Date: 5/19/16

Your Name: Rich Brandes     "L" Number: 155761     Housing Unit / Cell#: M-5

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: R.B

**Describe your concern:** (You are limited to the front of this form only)

I.C.O came into my pod yesterday & took my wheelchair that I have been in for the last month. He said it was time for me to walk. I didn't know a C.O. was able to make medical decisions. Since then I have been forced to walk to booking twice. My foot is in severe pain & has swollen back up. That is a clear sign I have been on my feet to much. I have been asking for my wheelchair back. They refuse. They tell me to stay off my feet that is not possible I have to be mobile. I had surgery on my left foot & my right foot needs surgery also. It hurts to walk on it. I was penscribed Running shoes months ago to alleviate the pain before surgery. And it is believed that bad shoes caused all this to happen Now I have the same bad shoes & I'm being forced on my feet even though its damaging my foot & causing great pain. Not to mention back in the same shoes that caused all this in the first place.

**Resolution Sought:** (do not leave blank)
give me my wheelchair & my shoes that I was supposed to have months ago.

Inmate Signature: _____     Received by: _____ Date / Time Received: 5/19/16  194 Hrs

White – Grievance Coordinator          Yellow – Inmate          Rev: 11/07

## Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

Check one (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☑ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Grievance #: _____

OFFICE USE ONLY
DO NOT WRITE IN THIS BOX

Date: 10/13/16

Your Name: Rich Brandes   "L" Number: 155761   Housing Unit / Cell#: 511/41

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: RB

Describe your concern: (You are limited to the front of this form only)

My feet were damaged earlier this year in the jail. I had
to have surgery. Because of a combination. The cheap
shoes are worn but foot ware to the neglect from the jail. Not
following doctors orders. I had my shoes before and it is on
my card that I should have them. I have put in nurses requests.
I have asked every c.o. & nurse that comes in this pod.
I do not have my shoes. My feet are in extreme
pain. Because I'm walking different my knees, hips &
back hurt. Also. The bump on my left foot is coming
back. The jails neglect again is going to make my foot
problem return to I will need a second surgery.

Resolution Sought: (do not leave blank)

give me my shoes, the doctors perscribed them

Inmate Signature: _____   Received by: T.V. 1939   Date / Time Received: 07/13/16  1226

White – Grievance Coordinator        Yellow – Inmate        Rev: 11/07